120 A.3d 296

Christopher BRIGGMAN, Appellant

v.

PENNA. BOARD OF PROBATION AND PAROLE, and Hon.
Kathleen Kane Attorney General Commonwealth of
Pennsylvania, Appellees.

Supreme Court of Pennsylvania.

July 20, 2015.

## ORDER

PER CURIAM.

AND NOW, this 20th day of July, 2015, the order of the Commonwealth Court is

**AFFIRMED.**